UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 11-4019 JSB |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| DEISY KRONFIL ADCOCK | ) | |

ORDER:
Motion granted.
Complaint and warrant are DISMISSED.

John Bryant,
USMJ

## MOTION TO DISMISS COMPLAINT AND WARRANT

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, moves this Court to dismiss the Complaint and Warrant against Deisy Kronfil Adcock, which was filed on February 24, 2011. As grounds for this request, the government submits that the State of Tennessee has dismissed the underlying warrant for Especially Aggravated Kidnaping, in violation of Tennessee Code Annotated § 39-13-305, which occurred after the complainant died on September 2, 2011. Wherefore, the government respectfully asks that the Complaint and Warrant against Adcock be dismissed.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151